No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

STRATFORD CREDIT CORPORATION v. BARNET POPKIN et al.— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 780.]

ANTONIO MALTESE v. DAVID DUBINSKY, Individually and as President-Secretary of International Ladies' Garment Workers' Union, et al.— Present — Peck, P. J., Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 863.]

HERBERT ROBERTS v. VOGUE FOUNDATIONS, INC.— Present — Peck, P. J., Dore, Cohn and Shientag, JJ. [See *ante,* p. 867.]

In the Matter of JOSEPH A. MANNING et al., Respondents, against LAZARUS JOSEPH, as Comptroller of the City of New York, Appellant.— Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 787.]

EDWARD RAGER v. JOHN J. McCLOSKEY, Individually and as Sheriff of the City of New York, et al.— Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 784.]

WILLIAM L. CROW CONSTRUCTION COMPANY, Respondent, v. NEWSPAPER REALTY CORP., Appellant; R. & R. WRECKING CO., INC., et al., Respondents, et al., Defendants.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 849.]

BENLEE SPORTING GOODS MFG. CO., INC., v. DAVID S. GOLDHIRSCH.— Present — Peck, P. J., Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 863.]

In the Matter of PAUL SCHOENSTEIN, as Chairman of the Tenants Committee of Tenants of 210 West 78th Street, New York, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and PEMA REALTY CO., INC., Intervener, Appellant.— Present — Peck, P. J., Dore, Cohn and Shientag, JJ. [See *ante,* p. 395.]